UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 19-20268-CR-WILLIAMS

UNITED STATES OF AMERICA,
    Plaintiff,

V.

ANDRES SITGES RAMOS. et al,
    Defendant(s).
_____/

## ORDER

**THIS CAUSE** came before the Court and pursuant to proceedings it is thereupon, PURSUANT TO THE ARREST OF THE ABOVE NAMED DEFENDANT, THIS CASE IS HEREBY UNSEALED.

**DONE AND ORDERED** at Miami, Florida.

Dated: 5/10/2019

Edwin G. Torres
**UNITED STATES MAGISTRATE JUDGE**