# MINUTE ORDER

Page 1

## Magistrate Judge Edwin G. Torres

King Building Courtroom 10-5          Date: 5/10/2019   Time: 2:00 p.m.

Defendant: 1) ANDRES SITGES RAMOS     J#: 19978-104     Case #: 19-20268-CR-WILLIAMS (SEALED)

AUSA: Ann McNamara                    Attorney: Clea Weiss

Violation: CONSPIRACY TO DEFRAUD THE U.S. AND RECEIVE HEALTH CARE KICKBACKS     Surr/Arrest Date: 5/10/19   YOB: 1944

Proceeding: Initial Appearance        CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No

**Bond Set** $100,000 w/3% w/nebbia (SATISFIED)     Co-signed by: Son and Daughter

- [x] *Surrender and/or do not obtain passports/travel docs*
- [x] *Report to PTS as directed*/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services
      Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [x] *Maintain or seek full-time employment NOT in health care*
- [x] *No contact with codefendants, except through counsel***
- [ ] No firearms
- [ ] Not to encumber property
- [x] *May not visit transportation establishments*
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to: ___
- [ ] Other: ___

Language: SPANISH

Disposition:
Motion to Unseal **GRANTED**
Defendant sworn – **AFPD APPOINTED**
The Court adopts the STIPULATED bond. Defendant may be released and money posted by Monday 5/13/19.
**and owners of Joe's Rehab

Defendant Arraigned
Reading of indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested.

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. 14:14:25 recall 15:07:23     Time in Court: 8

s/Edwin G. Torres                                Magistrate Judge